UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSÉ DIVISION

| | |
|---|---|
| Cassar Industries, Inc., <br> *Plaintiff,* <br> *v.* <br> Horizon Global, Inc., *et al.*, *etc.*, <br> *Defendants.* | No. 18-cv-07280-SK <br><br> **[Proposed] Order Granting Motion to Continue Initial Case Management Conference** |

For good cause shown, plaintiff Cassar Industries, Inc.'s Motion to Continue Initial Case Management Conference is GRANTED. The deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, ECF document 5, are advanced six weeks.

| | |
|---|---|
| 3/25/2019 | Last day to meet and confer regarding initial disclosures, early settlement ADR Process Selection and discovery plan |
| 4/8/2019 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 4/22/2019 | Initial Case Management Conference |

Dated: _____

_____
United States Magistrate Judge

Motion to Continue Initial Case Management Conference

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion to Continue Initial Case Management Conference