UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAR INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HORIZON GLOBAL AMERICAS, INC., et al., <br><br> Defendants. | Case No. 18-cv-07280-SK <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE** <br><br> Regarding Docket No. 32 |

The Court has reviewed Defendant's request to appear telephonically at the further case management conference set for June 3, 2019 at 1:30 p.m. (Dkt. 32.) Telephonic appearances are generally disfavored, as in-person dialogue often proves beneficial to both the Court and the parties. Despite that general rule, the Court finds that good cause appears to grant an exception in this case. Therefore the Court HEREBY GRANTS Defendants' lead counsel permission to appear telephonically at the further case management conference. Counsel shall contact Court Call at 888-882-6878 to arrange the appearance. However, if the Court finds that counsel's telephonic appearance impedes the proceedings in any way, the Court will order counsel to appear in person.

**IT IS SO ORDERED**.

Dated: May 29, 2019

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge