United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

CASSAR INDUSTRIES, INC.,

Case No.  18-cv-07280-SK

8

Plaintiff,

9

v.

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE**

10

HORIZON GLOBAL AMERICAS, INC., et al.,

11

Defendants.

Regarding Docket No. 51

12
13

The Court has received the parties' joint case management statement (Dkt. 50) and

14

Defendants' administrative motion to appear telephonically at the case management conference

15

currently set for October 7, 2019 (Dkt. 51).  The Court ADMONISHES the parties for the late

16

submissions of the statement and the motion.  Based on the substance of the case management

17

statement, the Court is concerned that Plaintiff has not complied with the Court's September 24,

18

2019 order compelling discovery.  (Dkt. 48.)  If Defendants wish to move for sanctions, they shall

19

file their motion no later than October 21, 2019.  The Court HEREBY CONTINUES the case

20

management conference currently set for October 7, 2019, to November 4, 2019, at 1:30 p.m.  The

21

parties' joint case management statement shall be due no later than October 28, 2019.

22

Defendants' motion to appear telephonically on October 7, 2019, is DENIED as MOOT.

23

**IT IS SO ORDERED**.

24

Dated: October 4, 2019

25
26

SALLIE KIM
United States Magistrate Judge

27
28