UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAR INDUSTRIES, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>HORIZON GLOBAL AMERICAS, INC., et al., <br><br>　　　　Defendants. | Case No.  18-cv-07280-SK <br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PEMITTING SUPPLEMENTATION** <br><br>Regarding Docket Nos. 55, 57 |

A case management conference is currently set in this matter for November 4, 2019.  A hearing on Defendants' motion for sanctions is set for December 2, 2019.  (Dkt. 55.)  In the interest of efficiency, the Court HEREBY CONTINUES the case management conference to December 2, 2019, at 9:30 a.m.  The Court has also reviewed Defendants' request to supplement their motion for sanctions with deposition testimony by October 30.  The Court HEREBY GRANTS the request to supplement by providing a response of no longer than ten pages and simultaneously ORDERS that Plaintiff may have an additional week to formulate its response of no longer than ten pages.  Accordingly, Defendants shall supplement no later than October 30, 2019; Plaintiff's response of no longer than five pages shall be due no later than November 12, 2019; Defendants' reply shall be due no later than November 19, 2019.  The Court will not grant any additional extensions and will not allow any further briefing on this matter before the December 2, 2019 hearing.

**IT IS SO ORDERED**.

Dated: October 29, 2019

_____
SALLIE KIM
United States Magistrate Judge