United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAR INDUSTRIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HORIZON GLOBAL AMERICAS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-07280-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Docket No. 74 |

　　　The parties inform the Court that they have reached a settlement of this matter and seek to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. 74.) Accordingly, the Court HEREBY DISMISSES this action WITH PREJUDICE.

　　　**IT IS SO ORDERED**.

Dated: February 19, 2020

_____
SALLIE KIM
United States Magistrate Judge